**No. 58536.**—Cerruti & Cominneli *v.* United States, protests 160996–K, 186516–K, and 191223–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiff was sustained.

**No. 58537.**—M. & D. Miller, Inc. *v.* United States, protests 145436–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *United States* v. *M. & D. Miller, Inc.* (41 C. C. P. A. 226, C. A. D. 556), the merchandise was held dutiable as follows: (1) The items entered, or withdrawn from warehouse, for consumption prior to January 1, 1948, at 12½ percent under paragraph 210, as modified by the trade agreement with the United Kingdom (T. D. 49753); and (2) the items entered, or withdrawn from warehouse, for consumption on and after January 1, 1948, at 20 cents per dozen articles, but not less than 7½ nor more than 25 percent ad valorem, under said paragraph, as modified by T. D. 51802, *supra*.

**No. 58538.**—Copeland & Thompson, Inc. *v.* United States, protests 227624–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in Abstract 57915, the merchandise was held dutiable as follows: (1) As to the items entered, or withdrawn from warehouse, for consumption prior to May 28, 1950, at 20 percent under paragraph 1547 (a); and (2) as to the items entered, or withdrawn from warehouse, for consumption subsequent to May 28, 1950, at 10 percent under said paragraph 1547 (a), as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).